**T. Mark MACLIN, as Administrator ad Litem of the Estate of David Smith, Plaintiff–Appellant,**

v.

**Dr. William HOBBS, J. Galbreath, RN, Correctional Medical Services, Inc., Defendants–Appellees.**

No. 12–12678.

United States Court of Appeals, Eleventh Circuit.

May 23, 2013.

Eric J. Artrip, Teresa Ryder Mastando, Mastando & Artrip, LLC, Kourtney B. Ikard, Rebekah Keith McKinney, Herman Austin Watson, Jr., Watson McKinney, LLP, Huntsville, AL, for Plaintiff–Appellant.

Philip Guy Piggott, Scott M. Salter, Starnes Davis Florie, LLP, Birmingham, AL, for Defendants–Appellees.

Before HULL and ANDERSON, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

For the reasons fully discussed at oral argument, we conclude that Plaintiff ad-

---

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

 

duced ample evidence to create genuine issues of fact with respect to both prongs of Plaintiff's claim—both the knowledge prong and the deliberate indifference prong. Accordingly, the judgment of the district court is reversed and this case is remanded for trial.

REVERSED AND REMANDED.